

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

December 18, 2018

<u>*Via ECF*</u>

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    <u>United States v. Andrew Burrell</u>, 17-cr-610 (LGS)

Your Honor:

      I am CJA counsel to Andrew Burrell. I write to request that the defense's mitigation expert previously appointed by the Court, Dianna Nain-Bradley, LMSW, be permitted to file an interim voucher in this case.

      Ms. Nain-Bradley has done extensive work to date, including the collection of voluminous records pertaining to Mr. Burrell's prior incarcerations and treatments as well as the drafting of a report for counsel. At the request of defense counsel, Mr. Burrell's sentencing was recently adjourned. Yesterday, the Court set a new date of May 2019. Accordingly, we respectfully request that the Court grant permission to Ms. Nain-Bradley to file an interim voucher in this case.

      Thank you for your consideration of the instant application.

                                      Respectfully submitted,

                                      /s/

                                      Dawn M. Cardi

CC: All Parties (via ECF)